**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DARYL A. LUDY,          )
                                   )
          Petitioner,    )
                                   )    Civil Action No. 05-277 Erie
     v.                )
                                   )
WARDEN, FCI MCKEAN,    )
                                   )
          Respondent.  )

## <u>MEMORANDUM ORDER</u>

      This habeas corpus action was received by the Clerk of Court on September 23, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on October 27, 2006, recommended that Petitioner's Petition be denied and that the Motion to Expedite this case [Doc. No. 11] be denied as moot.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail and on Respondent.  Petitioner was subsequently granted two extensions of time in which to file objections [Doc. Nos. 14 and 15].  No objections were filed.  After <u>de novo</u> review of the petition, and documents in the case, together with the Report and Recommendation, the following order is entered:

      AND NOW, this 19th day of December, 2006;

      IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED and the Motion to Expedite this case is DENIED as moot.

      The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on October 27, 2006, is adopted as the opinion of the Court.

                               s/   Sean J. McLaughlin
                                  United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge